IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00234-RMR-KLM

| | |
|---|---|
| ATLANTIC RICHFIELD COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NL INDUSTRIES, INC. and NL ENVIRON-MENTAL MANAGEMENT SERVICES, | ) |
| | ) |
| Defendants, Counterclaimants, and Third-Party Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Third-Party Defendants. | ) |

**NL INDUSTRIES, INC. AND NL ENVIRONMENTAL MANAGEMENT SERVICES' OPPOSITION TO THIRD-PARTY DEFENDANT EL PASO REMEDIATION COMPANY'S MOTION TO JOIN AND ADOPT THE UNITED STATES' MOTION TO DISMISS SECOND AMENDED THIRD-PARTY COMPLAINT (ECF 176)**

NL Industries, Inc. and NL Environmental Management Services (collectively, "NL") oppose Third-Party Defendant El Paso Remediation Company's ("El Paso Remediation") Motion to Join and Adopt the United States' Motion to Dismiss NL's Second Amended Third-Party Complaint for the same reasons as set forth in NL's Opposition to the United States' Motion to Dismiss Second Amended Third-Party Complaint (*see* corrected Opposition at ECF 188-1). NL incorporates its Opposition in full as though fully restated herein.

As with the United States, El Paso Remediation fails to explain how NL could not be potentially found liable for more than its fair share, if EL Paso Remediation does not remain as a defendant. To the extent that this Court is inclined to grant El Paso Remediation's Motion, it

1

should -- at the same time -- conclude that ARCO is fully and completely responsible for all of the United States' and El Paso Remediation's share of liability for the ARCO Site, including all orphan shares that might ever be allocated in this case. To do otherwise, would be inequitably unfair to NL.

For the reasons set forth above, NL requests that El Paso Remediation's motion be denied. To the extent it is granted, the dismissal should be without prejudice should NL ultimately be found liable for any orphan share or should any CERCLA § 107 claim be made against NL.

July 5, 2022.

/s/ Joel L. Herz
Joel L. Herz
LAW OFFICES OF JOEL L. HERZ
La Paloma Corporate Center
3573 East Sunrise Drive, Suite 215
Tucson, Arizona 85718
Telephone: 520-529-8080

*Attorneys for Defendants/Counter-claimants/Third-Party Plaintiffs NL Industries and NL Environmental Management Services*

2

## **CERTIFICATE OF SERVICE**

I certify that on the 5th day of July, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ Joel L. Herz