IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 1:20-cv-00234

ATLANTIC RICHFIELD COMPANY,

    Plaintiff and Counter-Defendant,

v.

NL INDUSTRIES, INC., et al,

    Defendants, Counterclaimants, and Third-Party Plaintiffs,

v.

THE UNITED STATES OF AMERICA, et al.,

    Third-Party Defendants.

## MOTION TO WITHDRAW AS COUNSEL

    Pursuant to D.C. Colo. L. Atty. R. 5, Gregory Tan, of Greenberg Traurig LLP, respectfully files this motion to withdraw as counsel for Third-Party Defendant El Paso Remediation Company in the above-entitled action. For the reasons set forth below, good cause exists for granting this Motion.

    1.    Effective January 15, 2024, Mr. Tan will be no longer an attorney at, or otherwise employed by or associated with, the law firm of Greenberg Traurig LLP, and thus will no longer be representing Third-Party Defendant.

    2.    Third-Party Defendant is currently, and will continue to be, ably represented by Mr. Christopher Neumann and John Voorhees of Greenberg Traurig LLP.

    3.    Mr. Neumann and Mr. Voorhees have been actively participating in defending this case before this Court on behalf of Third-Party Defendant.

4. Mr. Neumann and Mr. Voorhees are more than capable of litigating this case in this Court and on appeal, should the latter prove necessary.

5. Accordingly, there is no reasonable possibility that Mr. Tan's withdrawal will give rise to a conflict with "the Tenth Circuit['s] … 'long-standing' rule that a corporation must be represented by an attorney to appear in federal court." Trustees of Colorado Finishing Trades Health & Welfare Fund v. Alpine Design Interiors, Inc., No. 08-cv2402, 2009 WL 10685193, at *2 (D. Colo. Nov. 19, 2009) (citing Tal v. Hogan, 453 F.3d 1244, 1254 & n.8 (10th Cir. 2006)).

6. On the contrary, Mr. Neumann and Mr. Voorhees, and the law firm of Greenberg Traurig LLP, will continue as counsel for Third-Party Defendant in this matter.

7. For the foregoing reasons, Gregory Tan of Greenberg Traurig respectfully requests that this Court grant this Motion and permit Mr. Tan to withdraw as counsel.

Dated: January 10, 2024.

 s/ Gregory R. Tan
Gregory R. Tan
Christopher J. Neumann
John Voorhees
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, CO 80202
Telephone:  303-572-6500
Facsimile:  303-572-6540
Email:  tangr@gtlaw.com; neumannc@gtlaw.com; voorheesj@gtlaw.com
mailto:tomassir@gtlaw.com

**COUNSEL FOR THIRD-PARTY DEFENDANT EL PASO REMEDIATION COMPANY**

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 10th day of January, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF electronic filing system, which will send an electronic copy of this filing to all counsel of record.

                                                     s/   Gregory Tan