FILED  
United States Court of Appeals  
Tenth Circuit  

**March 27, 2025**

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

ATLANTIC RICHFIELD COMPANY,

    Plaintiff - Appellant,

v.

NL INDUSTRIES, INC.; NL ENVIRONMENTAL MANAGEMENT SERVICES,

    Defendants - Appellees.

No. 23-1349  
(D.C. No. 1:20-CV-00234-NYW-KAS)  
(D. Colo.)

---

## JUDGMENT

---

Before **HOLMES**, Chief Judge, **EBEL**, and **BACHARACH**, Circuit Judges.

---

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is reversed. The case is remanded to the United States District Court for the District of Colorado for further proceedings in accordance with the opinion of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk