**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-00234-NYW-KAS

ATLANTIC RICHFIELD COMPANY,

      Plaintiff,

v.

NLI HOLDINGS, INC., as successor by merger to NL Industries, Inc., and
NL ENVIRONMENTAL MANAGEMENT SERVICES,

      Defendants / Third-Party Plaintiffs,

v.

EL PASO REMEDIATION COMPANY,

      Third Party-Defendant.

---

**MOTION TO WITHDRAW AS COUNSEL**

---

R. Kirk Mueller of Davis Graham & Stubbs LLP hereby moves to withdraw as counsel for Plaintiff Atlantic Richfield Company pursuant to D.C. Colo. L. Atty. R. 5, and in support states as follows:

1.      R. Kirk Mueller is currently counsel of record for Plaintiff Atlantic Richfield Company in the above-captioned matter.

2.      Mr. Mueller respectfully requests to withdraw as counsel of record for Plaintiff Atlantic Richfield Company in this matter.

3.      Under D.C.COLO.LAttyR 5(b), any attorney who has appeared in a case "may seek to withdraw on motion showing good cause."

4.    Plaintiff Atlantic Richfield Company will continue to be represented in this action by the remaining attorneys at Davis Graham & Stubbs LLP: Adam Cohen, Daniel A. Richards, and Molly J. Kokesh. Accordingly, Plaintiff will not be left without counsel if this Motion is granted.

5.    No pending deadlines or hearings will be affected by the withdrawal of Mr. Mueller, and the withdrawal will not cause any delay in this proceeding.

WHEREFORE, R. Kirk Mueller respectfully requests that the Court grant this Motion and permit his withdrawal as counsel for Plaintiff Atlantic Richfield Company in this action.

Dated: 24th day of June, 2026

DAVIS GRAHAM & STUBBS LLP


*/s/ R. Kirk Mueller*
R. Kirk Mueller

DAVIS GRAHAM & STUBBS LLP
3400 Walnut Street, Suite 700
Denver, CO 80205
Telephone:    303.892.9400
Email: kirk.mueller@davisgraham.com

*Attorney for Plaintiff Atlantic Richfield Company*

- 2 -

- 3 -

**Artificial Intelligence Certification Pursuant to Standing Order Regarding the Use of
Generative Artificial Intelligence in Court Filings**

The undersigned counsel certifies that generative artificial intelligence was not used to
draft this filing.

/s/ Molly J. Kokesh
DAVIS GRAHAM & STUBBS LLP
3400 Walnut Street, Suite 700
Denver, CO 80205
Telephone: 303.892.9400